In the Matter of the Application of WALTER MILLER, Respondent, for an Order of Mandamus against JAMES BURNS, Mayor of the City of Glen Cove, and the CITY COUNCIL OF THE CITY OF GLEN COVE, Appellants.— Alternative mandamus order unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

. In the Matter of the Petition of WALTER D. CROUCH and Others, as the Board of Trustees of the Village of Tuckahoe, Respondents, to Acquire Land of THE MEADOWDALE COMPANY, Appellant, for the Purpose of Extending Oak Avenue, a Public Street in the Village of Tuckahoe, Westchester County, New York.— Orders reversed upon the law and the facts, with costs; motion of the petitioners for the condemnation of the defendant's real property denied, with costs; motion to confirm the report of the commissioners dismissed, with costs. The issue of necessity was presented by the pleadings and was properly tried by the learned Special Term (Condemnation Law, § 4*). The proof, however, is that Kensington road, in the village of Tuckahoe and the village of Bronxville is not a public street. It, therefore, follows that the taking of defendant's property, which if taken would constitute the link between Kensington road and Oak avenue, did not provide a through public highway between the village of Tuckahoe and the village of Bronxville. It was stipulated in the agreed statement of facts that the sole reason for the necessity for acquiring defendant's property and extending Oak avenue was for the purpose of providing a through public highway between the village of Tuckahoe and the village of Bronxville. We are of opinion that the petitioners not only failed to prove necessity under the theory upon which the case was tried, but that the proof to the contrary is conclusive. Findings of fact and conclusions of law inconsistent herewith are reversed and new findings and conclusions will be made. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur. Settle order on notice.

In the Matter of the Application of ADELAIDE FLEISCH, Appellant, for a Decree Construing the Last Will and Testament of CAESAR WEISSMANN, Deceased, in the Proceeding by JOHN WILSHEAR and LARRIE H. SASS, to Prove the Last Will and Testament of CAESAR WEISSMANN, Late of the County of Kings, Deceased. JOHN WILSHEAR and LARRIE H. SASS, as Executors, etc., of CAESAR WEISSMANN, Deceased, and Others, Respondents.— Decree of the Surrogate's Court of Kings county, in so far as appealed from, unanimously affirmed, with costs, payable out of the estate, to all parties appearing and filing briefs, on opinion of Surrogate Wingate.† Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

CHARLES C. JAMES, Respondent, v. ALDERTON DOCK YARDS, LTD., Appellant. — Judgment affirmed, with costs. No opinion. Kapper, Carswell, Scudder and Tompkins, JJ., concur; Lazansky, P. J., dissents, being of opinion that this is not a case for a declaratory judgment, and, furthermore, plaintiff was not entitled to a lien, nor to an injunction, nor to a judgment with a right to execution. .

---

*Amd. by Laws of 1926, chap. 612.— [REP.    † Reported in 137 Misc. 113.— [REP.